UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:24-mj-1044-KS

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| DESHAWN KEON OLIVER | ) | |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed herein, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Criminal Complaint in this case without prejudice. The defendant has been arrested and will be prosecuted in North Carolina state court.

Respectfully submitted this 25th day of June 2024.

MICHAEL F. EASLEY, JR.
United States Attorney

BY: /s/ Leonard Champaign
LEONARD CHAMPAIGN
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4144
Email: leonard.champaign@usdoj.gov
NC Bar No: 58977

Leave of Court is granted for the filing of the foregoing dismissal.

Date: 6/27/2024

KIMBERLY A. SWANK
United States Magistrate Judge